IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

    v.                                    CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

    v.

JOYERIA EL NILO, INC., et al.,

    Third-party defendants.

**ORDER FOR DEFENDANT JOYERIA JOHNNY MIKES TO SHOW CAUSE**

It appears from the motion[1] filed by plaintiff and third-party defendant and from the documents attached thereto that codefendant JOYERIA JOHNNY MIKES has violated the terms of the Consent Decree of Injunction approved by the Court on August 3, 1999 (docket No. 26).

Accordingly, unless codefendant JOYERIA JOHNNY MIKES shows cause in writing, **on or before November 15, 1999** it shall be found in contempt of Court and ordered to pay liquidated damages in the amount of $2,000.00 plus costs, expenses and attorney's fees.

---

[1] See Motion for Contempt, filed on October 25, 1999 (docket No. 77).

This Order shall be notified by **FAX** to counsel for: (1) plaintiff, (2) codefendant JOYERIA JOHNNY MIKES and (3) third-party defendant

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)