## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG


     V.                      CIVIL NO. 98-1265 (RLA)


JOYERIA EL SIGLO, et al.

RECEIVED & FILED
1999 NOV -8 AM 11: 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99   **Docket #** 78<br><br>[x] JORGE LUIS GUERRERO CALDERON, ESQ.<br><br>**Title:** MOTION ABOUT THE LEGAL REPRESENTATION OF THE UNDESIGNED COUNSEL AND IN RELATION TO NOTIFICATIONS | **NOTED.** All future notifications to JOYERIA JOHNNY MIKES shall be forwarded directly to codefendant as follows:<br><br>JOYERIA JOHNNY MIKES<br>Att. Mr. Juan Isla<br>Calle Degetau # 90<br>P.O. Box 33271<br>Ponce, P.R.  00733-1271<br><br>Tel. 840-1010 |

November 4 1999
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By:   # 80 | |

6