IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.                                            CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party
    plaintiffs,

v.

JOYERIA EL NILO, INC.,
et al.,

    Third-party defendants.

## ORDER FINDING CODEFENDANT JOYERIA JOHNNY MIKES IN CONTEMPT OF COURT

Codefendant JOYERIA JOHNNY MIKES having conceded that it sold a Rado watch with an eradicated serial number in contravention of the clear terms of the Consent Decree of Injunction approved by the Court on August 3, 1999 (docket No. 26)[1] the Motion for Contempt, filed by RADO UHREN AG and JOYERIA EL NILO, INC. on October 25, 1999 (docket No. **77**) is **GRANTED**.

Accordingly, pursuant to the provisions of the aforementioned Consent Decree codefendant JOYERIA JOHNNY MIKES is liable for payment of liquidated damages in the amount of **$2,000.00** ($1,000.00

---

[1] See Motion Showing Cause, filed on November 15, 1999 (docket No. **81**) and Opposition to Motion Showing Cause, filed on November 22, 1999 (docket No. **82**).

CIVIL NO. 98-1265 (RLA)                                    Page 2

to RADO UHREN AG and $1,000.00 to JOYERIA EL NILO, INC.) plus costs, expenses and attorney's fees.

It is further ORDERED that RADO UHREN AG and JOYERIA EL NILO, INC. shall submit their petition for costs, expenses and attorney's fees **no later than December 10, 1999**. Any objections thereto must be filed by codefendant JOYERIA JOHNNY MIKES **on or before December 20, 1999**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge