IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

    v.        CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

    v.

JOYERIA EL NILO, INC., et al.,

    Third-party defendants.

RECEIVED & FILED '00 JAN -7 PM 1:02 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

## ORDER ASSESSING EXPENSES AND FEES DUE BY JOYERIA JOHNNY MIKES

The Court having reviewed the petitions filed by RADO UHREN AG[1] and JOYERIA EL NILO, INC.[2] as well as the objections thereto[3] hereby finds that codefendant JOYERIA JOHNNY MIKES is indebted to petitioners for the expenses and attorneys' fees[4] incurred by them as a result of defendant's violation of the terms of their Consent Decree of Injunction as follows:

---

[1] Rado's Petition for Costs, Expenses and Attorney's Fees, filed on December 7, 1999 (docket No. **84**) is **GRANTED**.

[2] Nilo's Petition for costs, Expenses and Attorney's Fees, filed on December 10, 1999 (docket No. **85**) is **GRANTED**.

[3] The Objection to Motions for Costs, Expenses and Attorney's Fees, filed by JOHNNY MIKES JOYEROS, INC. on December 23, 1999 (docket No. **86**) is **NOTED**.

[4] The rates assigned by the Court pertain to non-court time.

CIVIL NO. 98-1265 (RLA)                                              Page 2

---

**RADO UHREN AG**

RAMON L. WALKER, ESQ.

    Fees - 6.50 hours @ $125.00    =    $ 847.50

    Expenses                                    35.00

        Subtotal                      $ 882.50

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

    DON O. BURLEY, ESQ.

        Fees - 2.75 hours[5] @ $135.00   =   $ 303.75

    LAURENCE R. HEFTER, ESQ.

        Fees - 1 hour @ $135.00     =    $ 135.00

        Expenses                           $ 78.65

            Subtotal                 $ 213.65

            **TOTAL**     **$2,677.40**

**JOYERIA EL NILO**

JORGE R. DAVILA, ESQ.

    Fees - 10.50 hours @ $125.00    =    $1,312.00

            **TOTAL**     **$1,312.00**

           **GRAND TOTAL**    **$3,989.40**

---

[5] A total of 3.25 hours have been discounted as being a duplication of work performed by RAMON L. WALKER, ESQ.

It is further ORDERED that JOYERIA JOHNNY MIKES shall pay the aforementioned sums to petitioners **on or before January 31, 2000**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge