IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RADO UHREN AG, | ' |
| Plaintiff, | ' |
| v. | ' CIVIL NO. 98-1265 (RLA) |
| JOYERIA EL SIGLO, et al., | ' |
| Defendants/Third-party plaintiffs, | ' |
| v. | ' |
| JOYERIA EL NILO, INC., et al., | ' |
| Third-party defendants. | ' |

RECEIVED & FILED '00 FEB 17 AM 8 02 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

## SECOND ORDER FOR DEFENDANT JOYERIA JOHNNY MIKES TO SHOW CAUSE

It appears from the motion[1] filed by plaintiff that codefendant JOYERIA JOHNNY MIKES has failed to pay the amounts assessed by the Court as expenses and fees for having violated the terms of the Consent Decree of Injunction approved by the Court on August 3, 1999 (docket No. 26).

Accordingly, unless codefendant JOYERIA JOHNNY MIKES shows cause in writing, **on or before March 1, 2000** why it has failed to pay the assessed amount it shall be found in contempt of Court.

---

[1] See Second Motion for Contempt, filed on February 9, 2000 (docket No. 88).

AO 72
(Rev 8/82)

**CIVIL NO. 98-1265 (RLA)**                                    **Page 2**

1

2    This Order shall be notified by **FAX** to counsel for: (1)

3    plaintiff, (2) codefendant JOYERIA JOHNNY MIKES and (3) third-party

4    defendant.

5    IT IS SO ORDERED.

6    In San Juan, Puerto Rico, this 15 day of February, 2000.

7

8    _____
                    RAYMOND L. ACOSTA
9               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev 8/82)