IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.                                                    CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

v.

JOYERIA EL NILO, INC. et al.,

    Third-party defendants.

### ORDER SCHEDULING CONTEMPT HEARING

Codefendant JOYERIA JOHNNY MIKES having failed to pay the amounts assessed as expenses and fees for infringement of the Consent Decree of Injunction approved by the Court on August 3, 1999 (docket No. 26)[1] or otherwise respond to our Second Order to Show Cause, issued on February 15, 2000 (docket No. 89),

It is hereby ORDERED that codefendant JOYERIA JOHNNY MIKES shall appear before the undersigned at a **HEARING** to be held on **April 7, 2000 at 10:30 a.m.** to show cause, if any, why it should not be found in contempt of Court.

---

[1] See Third Motion for Contempt, filed by plaintiff on March 16, 2000 (docket No. 90).



AO 72A
(Rev.8/82)

CIVIL NO. 98-1265 (RLA)                                             Page - 2

---

    Codefendant is admonished that failure to appear shall subject it to sanctions including but not limited to a finding of contempt of Court.

    This Order shall be notified by **FAX** and mail.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of March, 2000.

                                              RAYMOND L. ACOSTA
                                          United States District Judge