IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.                                    CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

v.

JOYERIA EL NILO, INC. et al.,

    Third-party defendants.

### ORDER SETTING ASIDE CONTEMPT HEARING

Codefendant JOYERIA JOHNNY MIKES having shown cause, the Motion to Set Aside Hearing on Contempt and Motion Requesting Twenty Days to Satisfy Expenses and Fees, is hereby **GRANTED**.

Accordingly, the HEARING scheduled for April 7, 2000 at 10:30 a.m. is hereby **VACATED AND SET ASIDE**.

It is further ORDER that codefendant JOHNNY MIKES shall pay the amounts assessed as expenses and fees for infringement of the Consent Decree of Injunction approved by the Court on August 3, 1999 (docket No. 26) on or before **May 1, 2000**.

Codefendant JOYERIA JOHNNY MIKES is admonished that failure to comply with the terms of this Order shall result in the imposition

of sanctions, including but not limited to a finding of contempt of Court.

The Clerk of the Court as well as the parties are hereby instructed to update the address and telephone number for CARLOS A. SURILLO PUMARADA, ESQ., counsel for the appearing codefendant.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 5th day of April, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge