IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RADO UHREN AG, | |
| Plaintiff, | |
| v. | CIVIL NO. 98-1265 (RLA) |
| JOYERIA EL SIGLO, et al., | |
| Defendants/Third-party plaintiffs, | |
| v. | |
| JOYERIA EL NILO, INC., et al., | |
| Third-party defendants. | |

### AMENDING ORDER ASSESSING EXPENSES AND FEES DUE BY JOYERIA JOHNNY MIKES

It appearing that there were some errors in the mathematical computations in the Order Assessing Expenses and Fees due by Joyeria Johnny Mikes issued on January 5, 2000 (docket No. 87), the same is hereby **AMENDED *NUNC PRO TUNC*** to read as follows.

The Court having reviewed the petitions filed by RADO UHREN AG[1] and JOYERIA EL NILO, INC.[2] as well as the objections thereto[3] hereby finds that codefendant JOYERIA JOHNNY MIKES is indebted to

---

[1] Rado's Petition for Costs, Expenses and Attorney's Fees, filed on December 7, 1999 (docket No. **84**) is **GRANTED**.

[2] Nilo's Petition for costs, Expenses and Attorney's Fees, filed on December 10, 1999 (docket No. **85**) is **GRANTED**.

[3] The Objection to Motions for Costs, Expenses and Attorney's Fees, filed by JOHNNY MIKES JOYEROS, INC. on December 23, 1999 (docket No. **86**) is **NOTED**.



AO 72
(Rev 8/82)

**CIVIL NO. 98-1265 (RLA)**                                        **Page 2**

---

petitioners for the expenses and attorneys' fees[4] incurred by them as a result of defendant's violation of the terms of their Consent Decree of Injunction as follows:

**RADO UHREN AG**

RAMON L. WALKER, ESQ.

    Fees - 6.50 hours @ $125.00    =    $ 812.50

    Expenses                               35.00

        Subtotal                     $ 847.50

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

  DON O. BURLEY, ESQ.

    Fees - 2.75 hours[5] @ $135.00  =    $ 371.25

  LAURENCE R. HEFTER, ESQ.

    Fees - 1 hour @ $135.00         =    $ 135.00

    Expenses                            $  78.65

        Subtotal                     $ 213.65

               **TOTAL**    **$1,432.40**

**JOYERIA EL NILO**

JORGE R. DAVILA, ESQ.

    Fees - 10.50 hours @ $125.00    =    $1,312.00

               **TOTAL**    **$1,312.00**

          **GRAND TOTAL**    **$2,744.90**

---

[4] The rates assigned by the Court pertain to non-court time.

[5] A total of 3.25 hours have been discounted as being a duplication of work performed by RAMON L. WALKER, ESQ.

AO 72
(Rev 8/82)

CIVIL NO. 98-1265 (RLA)                                                Page 3

---

It is further ORDERED that JOYERIA JOHNNY MIKES shall pay the aforementioned sums to petitioners **on or before January 31, 2000.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of April, 2000.

　　　　　　　　　　　　　　　　RAYMOND L. ACOSTA
　　　　　　　　　　　　　　　　United States District Judge