IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 22 AM 8 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| RADO UHREN AG, | |
|     Plaintiff, | |
|     v. | CIVIL NO. 98-1265 (RLA) |
| JOYERIA EL SIGLO, et al., | |
|     Defendants/Third-party plaintiffs, | |
|     v. | |
| JOYERIA EL NILO, INC., et al., | |
|     Third-party defendants. | |

### ORDER FOR DEFENDANT JOYERIA AMIN TO SHOW CAUSE

It appears from the motion[1] filed by plaintiff and third-party defendant and from the documents attached thereto that codefendant JOYERIA AMIN has violated the terms of the Consent Decree of Injunction approved by the Court on July 20, 1999 (docket No. 71).

Accordingly, unless codefendant JOYERIA AMIN shows cause in writing, **on or before June 1, 2000** it shall be found in contempt of Court and ordered to pay liquidated damages in the amount of $10,000.00 plus costs, expenses and attorney's fees.

---

[1] See Motion for Contempt as to Defendant Joyeria Amin, filed on May 12, 2000 (docket No. 99).

AO 72
(Rev 8/82)

The Clerk of the Court shall notify this Order to: (1) counsel for plaintiff, (2) counsel for third-party defendant and to (3) JOYERIA AMIN, Calle Dr. Veve # 99, Bayamon, PR 00961.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of May, 2000.

RAYMOND L. ACOSTA
United States District Judge