UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG

V.                          CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.

RECEIVED & FILED
00 JUN 19 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/1/2000  Docket # 101 | GRANTED until June 21, 2000. |
| [x] Dft. JOYERIA AMIN | |
| Title: REQUEST FOR EXTENSION OF TIME TO ANSWER ORDER FOR DEFENDANT JOYERIA AMIN TO SHOW CAUSE | |

June 15 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By: ⟋ # 102