IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.                                    CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

v.

JOYERIA EL NILO, INC., et al.,

    Third-party defendants.

## ORDER FINDING CODEFENDANT JOYERIA AMIN IN CONTEMPT OF COURT AND SETTING DEADLINES REGARDING STIPULATED COSTS, EXPENSES AND ATTORNEYS' FEES

Codefendant JOYERIA AMIN having failed to controvert the evidence submitted by plaintiff and third-party defendant attesting that on five (5) separate occasions JOYERIA AMIN sold Rado watches with an eradicated serial number in contravention of the clear terms of the Consent Decree of Injunction approved by the Court on July 20, 1999 (docket No. 71) the Motion for Contempt as to Defendant Joyeria Amin, filed by RADO UHREN AG and JOYERIA EL NILO, INC. on May 12, 2000 (docket No. **99**)[1] is **GRANTED**.

---

[1] See Answer to Order for Defendant Joyeria Amin to Show Cause, filed on June 20, 2000 (docket No. **103**) and Response to Answer by Defendant Joyeria Amin, filed on June 22, 2000 (docket No.

CIVIL NO. 98-1265 (RLA)                                                                 Page 2

Accordingly, pursuant to the provisions of the aforementioned Consent Decree codefendant JOYERIA AMIN is liable for payment of liquidated damages in the amount of **$10,000.00** ($5,000.00 to RADO UHREN AG and $5,000.00 to JOYERIA EL NILO, INC.) plus costs, expenses and attorney's fees.

It is further ORDERED that RADO UHREN AG and JOYERIA EL NILO, INC. shall submit their petition for costs, expenses and attorney's fees **no later than July 24, 2000**. Any objections thereto must be filed by codefendant JOYERIA JOHNNY MIKES **on or before August 14, 2000**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of June, 2000.

RAYMOND L. ACOSTA
United States District Judge

104).