IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.                                              CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

v.

JOYERIA EL NILO, INC., et al.,

    Third-party defendants.

---

### ORDER ASSESSING EXPENSES AND FEES DUE BY JOYERIA AMIN

The Court having reviewed the petitions filed by RADO UHREN AG[1] and JOYERIA EL NILO, INC.[2] hereby finds that codefendant JOYERIA AMIN is indebted to petitioners for the expenses and attorneys' fees incurred by them as a result of defendant's violation of the terms of their Consent Decree of Injunction[3] as follows:

---

[1] Rado's Petition for Costs, Expenses and Attorney's Fees, filed on July 6, 2000 (docket No. **106**) is **GRANTED**.

[2] Nilo's Petition for costs, Expenses and Attorney's Fees, filed on July 24, 2000 (docket No. **107**) is **GRANTED**.

[3] See Order Finding Codefendant Joyeria Amin in Contempt of Court... issued on June 30, 2000 (docket No. 105).

CIVIL NO. 98-1265 (RLA)                                                Page 2

---

**RADO UHREN AG**

**RAMON L. WALKER, ESQ.**

    Fees        -    $ 4,162.50

    Expenses    -      2,671.36

                         Subtotal    -    **$ 6,833.86**

**JOYERIA EL NILO**

**JORGE R. DAVILA, ESQ.**

    Fees        -    $ 3,225.00

    Expenses    -        975.00

                         Subtotal    -    **$ 4,200.00**

                         **TOTAL**       -    **$10,033.86**

It is further ORDERED that JOYERIA AMIN shall pay the aforementioned sums to petitioners **on or before October 1, 2000.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of August, 2000.

                                      RAYMOND L. ACOSTA
                                      United States District Judge