IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG,

    Plaintiff,

v.

JOYERIA EL SIGLO, et al.,

    Defendants/Third-party plaintiffs,

v.

JOYERIA EL NILO, INC., et al.,

    Third-party defendants.

CIVIL NO. 98-1265 (RLA)

RECEIVED AND FILED
2000 OCT 30 PM 5:26
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN PR.

### ORDER SETTING FINAL DEADLINE FOR PAYMENT OF EXPENSES AND FEES DUE BY JOYERIA AMIN

On June 30, 2000 (docket No. 105) codefendant JOYERIA AMIN was found in violation of the Consent Decree of Injunction approved by the Court on July 20, 1999 (docket No. 71) and ordered to pay liquidated damages to petitioners RADO UHREN AG and JOYERIA EL NILO, INC. in the amount of **$5,000.00 each**.

Additionally, on August 25, 2000 (docket No. 108) expenses and fees pursuant to the aforementioned Consent Decree of Injunction were assessed against JOYERIA AMIN as follows:

    RADO UHREN AG       $ 6,833.86

    JOYERIA EL NILO     $ 4,200.00

AO 72
(Rev 8/82)

CIVIL NO. 98-1265 (RLA)                                                  Page 2

---

JOYERIA AMIN was also instructed to satisfy the aforementioned amounts no later than October 1, 2000.

The Court having been advised that JOYERIA AMIN has failed to pay any of the amounts due as listed herein,[1]

JOYERIA AMIN is hereby ORDERED to pay **$11,833.86** to RADO UHREN AG and **$9,200.00** to JOYERIA EL NILO **on or before December 1, 2000**.

JOYERIA AMIN is hereby admonished that failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the imprisonment of MOHAMAD AMIN for contempt of Court.

Plaintiff shall serve copy of this Order upon JOYERIA AMIN and shall so certify to the Court **no later than November 17, 2000**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] *See* Motion for Second Contempt as to Defendant Joyeria Amin, filed on October 16, 2000 (docket No. 109).

AO 72
(Rev 8/82)