UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RADO UHREN AG

V.  CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 116/2000  Docket # 111 | NOTED. |
| [x] Plff. | |
| Title: INFORMATIVE MOTION AS TO DEFENDANT JOYERIA AMIN | |

November 16 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By: /s/  # 112