UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RADO UHREN AG

    V.                CIVIL NO. 98-1265 (RLA)

JOYERIA EL SIGLO, et al.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/29/00 **Docket #** 113 | NOTED. |
| [x] **Plff.** | |
| **Title:** INFORMATIVE MOTION OF COMPLIANCE AS TO DEFENDANT JOYERIA AMIN | |

December 9 2000                 RAYMOND L. ACOSTA
      Date                          U.S. District Judge

Rec'd:        EOD:

By: /k  # 114